## Hardeman *v.* State.

Appeal from the City Court of Bessemer.
Tried before the Hon. B. C. Jones.

No counsel marked as appearing for appellant.

Chas. G. Brown, Attorney-General, for the State.

The appellant in this case was prosecuted and con-
victed for injuring a mill dam or other dam that created
water power on Valley Creek, in Jefferson county, Ala-
bama, as forbidden by section 5621 of the Criminal
Code of 1896.
The judgment is affirmed.

Opinion by McClellan, C. J.

## Carter *v.* The State.

Appeal from the Tuscaloosa County Court.
Tried before the Hon. J. J. Mayfield.

Francis M. Purifoy, for appellant.

Chas. G. Brown, Attorney-General, for the State.

The appellant, Annie Carter, was indicted, tried and
convicted for the larceny of a watch.
The judgment of conviction is affirmed.